for leave to reargue appeal denied, with $10 costs. The defendant, Green Mansions, Inc., is granted leave to appear by independent counsel and serve an answer within 20 days after the entry of the order herein. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ MADISON 52ND CORPORATION v. NAT LUXENBERG.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ M. & L. HESS, INC., v. 2 LEXINGTON AVENUE CORP. et al.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ELEANOR M. WINKELMAN v. BERNARD WINKELMAN.— Motion by defendant-appellant-respondent for leave to reargue appeal or for leave to appeal to the Court of Appeals, denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ELEANOR M. WINKELMAN v. BERNARD WINKELMAN.— Cross motion by plaintiff-respondent-appellant for leave to reargue appeal or for leave to appeal to the Court of Appeals, denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of DANIEL F. O'CONNELL against JOSEPH SCHECHTER et al., Constituting the Department of Personnel and the Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ BLOCKTON REALTY CORPORATION v. DARLING STORES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of ANNETTE H. SLAFF against MAURICE M. SLAFF et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ IRVING ARNOLD v. NATIONAL PLASTIKWEAR FASHIONS, INC., et al.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CHARLES KOCH v. OTIS ELEVATOR COMPANY.— Application granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ EDNA B. SCHWARTZ, Individually, and as Executrix of PETER S. SCHWARTZ, Deceased, v. JACOB SCHECHNER.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SHAMROCK FARMS INC. v. GENSER TRUCKING CO., INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MORRIS GREENSTEIN v. INSURANCE COMPANY OF NORTH AMERICA.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated December 17, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ NATHANIEL M. GALLIN v. WILLIAM F. STAFFORD, JR.— Application granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ JOHN J. BETANCOURT, JR., an Infant, by JOHN J. BETANCOURT, His Guardian ad Litem, et al., v. CITY OF NEW YORK. CITY OF NEW YORK v. HERMENIO BOBE.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FREY.— Motion granted insofar as to permit the appeal to be heard on the original record,